

# Fourth Court of Appeals
## San Antonio, Texas

January 23, 2014

No. 04-13-00517-CR

Julio Louis **CRAWFORD**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2011CR10663
Honorable Melisa Skinner, Judge Presiding

## O R D E R

Appellant's brief was originally due on October 12, 2013. On October 31, 2013, appellant's attorney filed a motion for extension of time to file appellant's brief, which was granted. On December 27, 2013, appellant's attorney filed a second motion for extension of time to file appellant's brief. On December 31, 2013, we granted the second motion for extension of time to file appellant's brief. Our order stated that appellant's brief was due on January 13, 2014, and that no further extensions would be granted. Despite our order warning appellant's attorney that no further extensions would be granted, appellant's brief still has not been filed.

**We ORDER appellant's attorney to file appellant's brief on or before February 7, 2014**. If appellant's brief is not filed by that date, we will abate this appeal to the trial court for an abandonment hearing. TEX. R. APP. P. 38.8(b)(2). Contempt proceedings may also be initiated against appellant's attorney. *Id*. 38.8(b)(4).

_Karen Angelini_
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of January, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court